No. 11–7439.  PADIEU v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 11–7440.  KATAI v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–7442.  ERVIN v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 11–7444.  PAGE v. RADER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 11–7446.  MORLEY v. FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–7447.  MARSHALL v. TRAMMELL, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 11–7448.  CORNELIUS v. SHEA.  App. Ct. Mass.  Certiorari denied.

No. 11–7449.  MEGRAVE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 11–7450.  CLARKE v. LEWIS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–7451.  BALL v. CITY OF PEORIA, ARIZONA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7452.  BEAR v. FAYRAM, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 11–7453.  EVANS v. BAKER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–7455.  JONES v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–7456.  SHATTUCK v. EVANS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

